In the Matter of the Estate of WILLIAM C. McNULTY, Also Known
as WILLIAM M. RENNULT, Deceased.

Surrogate's Court, New York County, June 25, 1927.

**Real property — title — proceeding by daughter of decedent to establish
right of inheritance — evidence shows that decedent used name appear-
ing as grantee in deed — right to inheritance established.**

This is a proceeding to establish the right of the petitioner to inheritance of certain
real property alleged to have belonged to her father at the time of his death.
The evidence establishes that the property in question belonged to the decedent,
although it was deeded to him under an assumed name which he frequently
used in business transactions.

PETITION for decree establishing right of inheritance of certain
real property.

*L. Victor Roudin*, for the petitioner.

O'BRIEN, S.   Decedent died in Los Angeles, Cal., December 29,
1926, leaving him surviving a daughter, Elizabeth Rennult, the
petitioner herein.   Decedent's wife died in February, 1918.   He had
been for many years a resident of New York county and a member of
the bar there.   He did not marry after the death of his wife, referred
to above.   Petitioner seeks a decree herein, establishing her right of
inheritance of certain real property situated in Saratoga Springs,
N. Y., which by a deed dated August 11, 1924, and recorded in
the office of the clerk of Saratoga county on August 13, 1924, in
book 330 of Deeds, page 441, was conveyed to William M. Rennult.
Several hearings were held, numerous witnesses were heard and
proofs were taken.   An unusual story was unfolded in the facts pre-
sented.   It was shown that for about ten years decedent, known
to his friends generally and to the members of the bar as William D.
McNulty, had assumed and used in certain circles the names of
William Rennult and William M. Rennult.   He signed a lease of
the apartment where he lived in the name of William Rennult.
A passport issued by the Department of State in September, 1924,
was in the name of William Rennult.   Trunks used in travel were
marked " W. M."   The monument and headstones on the family
plot in Woodlawn Cemetery bear the name of Rennult.   Persons
who were closely associated with him in business matters and others
who knew him socially testified to the fact that he was known by
both the names of McNulty and Rennult.   In December, 1923, he
purchased certain real estate in Saratoga Springs, N. Y., more
particularly described in the petition herein, from John Galcik and
Mary, his wife.   He took title in the name of a dummy, Mary A.

Surrogate's Court, New York County, June, 1927.          [Vol. 130

Brown, who signed a paper, received in evidence, in which she states that the property was " taken in my [her] name nominally as representing William D. McNulty of No. 141 Broadway, New York City, who is the real purchaser, and I have this day signed and executed a deed to him.   I paid no money and have no interest in 'the property other than as representing said William D. McNulty."   (Exhibit C.)   Subsequently, as above set forth, the property passed to William M. Rennult.   From the proofs submitted there can be no other conclusion drawn than that decedent, William D. McNulty, was the same individual who was known as William Rennult and William M. Rennult, that the grantee named in the deed conveying the property in question, viz., William M. Rennult, was identical with said William D. McNulty, and that the petitioner has established her right of inheritance in said real property; and I so hold.

Submit decree accordingly.